<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-1204**

_____

GEORGE VAN WAGNER,

                    Petitioner - Appellant,

          v.

BRANCH BANKING & TRUST COMPANY,

                    Respondent – Appellee,

THOMAS H. FLUHARTY,

                    Trustee – Appellee.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  John Preston Bailey, Chief District Judge.  (3:11-cv-00006-JPB)

_____

Submitted:  August 25, 2011        Decided:  August 29, 2011

_____

Before MOTZ and DUNCAN,[*] Circuit Judges.

_____

Dismissed by unpublished per curiam.

_____

George Van Wagner, Appellant Pro Se.   William L. Hallam, ROSENBERG, MARTIN & GREENBERG, LLP, Baltimore, Maryland, for

_____

     [*] The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d) (2006).

Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Van Wagner seeks to appeal the district court's order denying his motion for leave to appeal an interlocutory order issued by the bankruptcy court. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Van Wagner seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED